# UNITED STATES DISTRICT COURT
# District of Massachusetts

PLAINTIFF'S NAME
NNEKA JEANEIL HALL EDWARDS

V

DAVID BRIAN KEMP

ATTACHMENT

CIVIL ACTION NO. _____

## COMPLAINT

### Parties

1. NNEKA EDWARDS OF HYDE PARK, SUFFOLK COUNTY, MASSACHUSETTS and a citizen of the United States.

2. DAVID KEMP is a resident of North Andover, Massachusetts and a citizen of the United States.

### Jurisdiction

This Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1332.

On October 2, 2013, David Kemp, an IT manager at Harvard School of Public Health began to use our electronics to track our whereabouts and to send messages that seemed a bit disturbing.

Mr. Kemp, via the iCloud system, activated the "Where is my phone app" to track our 13 year old and myself. He then used that same app to control all of our apple products.

The first instance of harassment occurred when my son was on the school bus on his way home. His phone (which was that powered down) came on and began to alarm. A message appeared on the screen at 2:07pm "Selani, where are you? Call your father now." My son arrived at his bus stop where his paternal grandmother was waiting. She told him to get in the car. He refused. She drove off yelling out of the window "I'll tell the court." My son ran home.

He arrived home and his/phone's phone was put in lost mode again and he was tracked to the house. No sound was made.

The next instance occurred at 3:47 when the 6ff ipad started ringing. It had been put in lost mode. I opened the case and the message "The courts will know." Appeared on the screen at 3:48 pm.

At 4:02 pm my son's phone came on and it was had been put in lost mode again and tracked to our home.

At 4:03 pm an alarm started ringing on the phone. I decided to go to the police station to see if they could do something to make him stop.

At 4:45 my son's phone was put on lost mode again. At 4:50 pm the message "The courts will know." appeared on the screen of my son's phone.

We went to the police station where I was advised to go to the family court to seek relief. We arrived home at 6:35 pm and my ipad was put in lost mode at 6:41 pm. At 6:42 the message "I'm listening" appeared on the screen.

At 6:43 pm my son's phone was put in lost mode and tracked to our home. A message appeared on the screen "I hear everything.".

At 7:00 pm an alarm went off on my son's phone.
At 7:27 pm an alarm went off on my son's phone.

On October 3, 2013, I obtained temporary. received a restraining order at 11:58 AM from the West Roxbury courthouse ordering the defendant not to have any type of contact with any members of my household.

At 2:26pm Lost mode was enabled on my iPad and an alarm was played on my iPad. I was not home at the time and my 86 year old Grandmother was alone. The iPad was tracked to my home at 2:28

At 2:31pm the message "You will not keep my son away from me" appeared on the screen.

At 2:32pm My son arrived home.

At 2:33pm & 2:35 pm an alarm went off on the iPad

At 2:36pm an alarm went off on my son's phone

At 2:38pm an alarm went off on the iPad.

At 2:40pm & 2:45 pm my son's phone was put on lost mode.

At 2:48 pm a message appeared on the screen "Your an unworthy family I will get Jelani and the Your an unfit mother and they will take Symone. Your a ..... they will be !!!!" (on my son's phone) always will be ...

At 2:55pm the iPad began to alarm again.

I arrived home and my son and I went to the police station to file a police report.

At 5:13pm the screen of the iPad went black and the message "Say bye to all your files" appeared.

At 5:14 pm my son's phone was hacked. He erased everything on it.

At 5:18 pm my iPad was erased.

At 5:23 pm the message "Ha ha" appeared on my son's phone.

I feel unsafe. The defendant is an IT person at Harvard School of Public Health. He has completely erased my iPad, hacked my email accounts and most maliciously tormented my son. I would like him prosecuted to the fullest extent of the law. This abuse of his craft shows that he should not be allowed to use the internet or computer technology period. He should also be forced to replace any technology he erased.

WHEREFORE, the Plaintiff demands judgement against the defendat for damages and such other relief as the Court deems just.

Nneka Hall
Nneka Hall
11 Taunton Avenue
Hyde Park MA 02136
617-361-5276